No. 14–0406/AR.   U.S. v. Patrick A. Wright.   CCA 20121075.   Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, *up to and including March 19, 2014,* and *absent extraordinary circumstances, no further extension of time will be filed in this case.*

Thursday, March 6, 2014

No. 14–0134/AR.   U.S. v. Brett M. Gaskill.   CCA 20110028.   On consideration of Appellee's petition for reconsideration of the Court's order issued on January 27, 2014, it is ordered that said petition is hereby denied.

No. 14–8011/AR.   U.S. v. John Edmond Hatley.   CCA 20131070.   On consideration of Appellant's motion to request an extension of time to reply to the Government's response, it is ordered that said motion is hereby granted up to and including March 31, 2014, and no further extension of time will be granted in this case.

Friday, March 7, 2014

No. 14–0378/AR.   U.S. v. George A. Fiebelkorn.   CCA 20130629.   On consideration of the petition for grant of review of the decision of the United States Army Court